

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-93,483-01

### EX PARTE ANDREW MARTINEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR-16-0994-A-WHC1 IN THE 22ND DISTRICT COURT
### FROM HAYS COUNTY

*Per curiam*.

## O P I N I O N

Applicant was convicted of murder and sentenced to forty-five years' imprisonment. He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied his right to an appeal because appellate counsel failed to timely file a notice of appeal. Based on the writ and appellate records, the Court finds that appellate counsel failed to timely file a notice of appeal.

Relief is granted. *Ex parte Axel*, 757 S.W.2d 369 (Tex. Crim. App. 1988); *Jones v. State*, 98 S.W.3d 700 (Tex. Crim. App. 2003). Applicant may file an out-of-time appeal of his conviction in cause number CR-16-0994-A from the 22nd District Court of Hays County. It appears that

Applicant is represented by counsel. However, if Applicant is not represented by counsel, the trial court shall determine, within ten days from the date of this Court's mandate, whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him on direct appeal. Should Applicant decide to appeal, he must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: February 16, 2022
Do not publish